IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-171-BO

MEDLINE INDUSTRIES, INC., )
         Plaintiff, )
     )
v. )     O R D E R
     )
OFFICEMART, INC., )
         Defendant. )

This cause comes before the Court on defendant's notice of Chapter 11 bankruptcy filing. [DE 45]. 11 U.S.C. § 362(a) requires that lawsuits against defendants with pending bankruptcy proceedings should be automatically stayed during the pendency of those bankruptcy proceedings. Plaintiff has not come forward and argued that any exception to the automatic stay would apply.

Accordingly, this matter is hereby STAYED pending resolution of defendant's bankruptcy proceeding. Defendant shall file a status update with the Court 180 days from the date of entry of this order, and every 180 days thereafter, until the bankruptcy matter is concluded. If no action is taken in this case for twelve months, the Court will order it removed from its active docket awaiting further proceedings at the close of the bankruptcy proceeding.

SO ORDERED, this _24_ day of August, 2021.

                                              /s/ Terrence Boyle
                                              TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE